NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7006

### DAVID L. HENDERSON,

Claimant-Appellant,

v.

### ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 05-0090, Chief Judge William P. Greene, Jr.

ON MOTION

<u>O R D E R</u>

Upon consideration of the Secretary of Veterans Affairs' motion for leave to file a corrected brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 25 2009

─────────────────
Date

/s/ Jan Horbaly
─────────────────
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2009

JAN HORBALY
CLERK

cc:   Thomas W. Stoever, Jr., Esq.
      Todd M. Hughes, Esq.

s8